RECEIVED
JAN 13 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JARED GIPSON (#412562) | DOCKET NO. 15-cv-1756; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| OFFICER HOWARD, ET AL. | MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint against Mona Heyse only is hereby **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 13th day of January, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE